United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAMPNET, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-342 |
| TRANSOCEAN LTD., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed motion to dismiss with prejudice. Dkt. 20. Having considered the motion based upon a confidential settlement entered between the plaintiff and the defendants, the court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the plaintiff against the defendants.

Each party to bear its own respective costs and attorneys' fees.

Signed on Galveston Island this 20th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE